IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 5:06CR31 |
| | § | (Judge Craven) |
| JOE DEAN WINKLES | § | |

<u>ORDER TO CORRECT JUDGMENT</u>

The United States has filed a Motion to Correct Judgment. Finding the motion meritorious, the Court GRANTS the United States' motion and ORDERS the Judgment be AMENDED to reflect that restitution is to be mailed to the below address:

> US DEPT OF LABOR
> DALLAS FECA OFFICE
> PO BOX 894225
> LOS ANGELES, CA 90189-4225

IT IS FURTHER ORDERED that the Court will issue an Amended Judgment in this case reflecting this change.

**SIGNED this 1st day of June, 2007.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE